NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1141
(Reexamination No. 90/008,482)

## IN RE GLATT AIR TECHNIQUES, INC.

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

ON MOTION

O R D E R

Upon consideration of the Director of the Patent and Trademark Office's motion for a 40-day extension of time, until May 26, 2010, to file his brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Charles P. Kennedy, Esq.
Raymond T. Chen, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 4 2010

JAN HORBALY
CLERK